# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN MACDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEST CAPITAL LENDING, INC.,<br><br>Defendant. | Case No. 8:22-cv-00369-JLS-DFM<br><br>**ORDER OF DISMISSAL [26]** |

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: March 22, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1